as executor, etc., of Alva S. Walker, deceased. No opinion. Order unanimously affirmed, with costs.

---

BOROUGH BANK OF BROOKLYN, Respondent, v. DOOLITTLE, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by the Borough Bank of Brooklyn against Frank W. Doolittle. No opinion. Order affirmed, with $10 costs and disbursements.

---

BRACE, Respondent, v. BRADLEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by Charles C. Brace against John C. Bradley. No opinion. Interlocutory judgment reversed, and demurrer sustained, with costs, with leave to plaintiff to plead over within 20 days upon payment of costs, upon the ground that the complaint alleges a transfer of the stock without antecedent promise to retransfer it.

---

BRADLEY et al., Respondents, v. DEGNON CONTRACTING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June, 5, 1914.) Action by Harry L. Bradley and others against the Degnon Contracting Company and another. No opinion. Motion denied, without costs. See, also, 141 N. Y. Supp. 852.

---

BRAND, Respondent. v. SAPHORE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Otis C. Brand against Frances Saphore. No opinion. Judgment and orders affirmed, with costs.

---

BRAUN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Divison, Second Department. July 31, 1914.) Action by Catherine Braun against the City of New York. No opinion. Judgment unanimously affirmed, with costs.

---

BRAYER, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by John F. Brayer against Lily B. M. Fenn, as executrix. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. For former decision, see 147 N. Y. Supp. 1100.

---

BRILL v. ABRAMOWITZ. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Herman Brill against Louis Abramowitz. No opinion. Motion granted. Settle order on notice.

---

BRITISH ALUMINUM CO. v. TREFTS. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the British Aluminum Company against George N. Trefts. No opinion. Motion for new trial granted. Settle order on notice. See, also, 148 N. Y. Supp. 144.

---

In re BROOKLYN CHILDREN'S AID SOCIETY. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) In the matter of the application of the Brooklyn Children's Aid Society, for a writ of mandamus, etc.

PER CURIAM. This order must be affirmed. The department of taxes and assessments of the city of New York, or the officers who compose it, have no duty whatever in the premises. We prefer not to consider now the merits of this application, because, should we hold with the appellant on that question, we should be obliged nevertheless to affirm the order from which it appeals. If, on consideration of the question, it desires to begin a new proceeding, it should do so against the officers who are charged with the custody of the roll of assessments for local improvements, and who have powers and duties in regard thereto, and not against the particular department of the city of New York which is specified in the notice of motion herein, and which has no power or duty in the premises. Order affirmed, without costs.

---

BROPHY Appellant, v. CAMPBELL, Respondent. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Annie Brophy against Isabella B. Campbell.

PER CURIAM. Judgment affirmed, with costs.

THOMAS, J., dissents.

---

BROWN v. BROWN. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Charles A. Brown against Agnes Brown. No opinion. Motion denied, without costs. See, also, 161 App. Div. 948, 146 N. Y. Supp. 1085.

---

BROWN, Appellant, v. GENERAL DROP FORGE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by John Brown against the General Drop Forge Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 161 App. Div. 911, 145 N. Y. Supp. 1114.

---

BRUNO v. LINCH. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Carmelo Bruno against George W. Linch, as receiver, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1101.

---

BRUNO v. LINCH. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Marie Bruno against George W. Linch. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1101.

---

BRYAN v. RICHARD DEEVES & SON. (No. 5976.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Trial Term, First Department. Action by William J. Bryan against Richard